**Electronically Filed
Supreme Court
SCPW-20-0000560
01-OCT-2020
08:57 AM**

SCPW-20-0000560

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ISAIAH W. MCCOY, Petitioner,

vs.

THE HONORABLE TODD W. EDDINS, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI and FRANCIS SEQUEIRA, Warden,
Oʻahu Community Correctional Center, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 1CPC-19-0001279)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
AND MOTION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Kuriyama, assigned by reason of vacancy)

Upon consideration of petitioner Isaiah W. McCoy's

petition for writ of habeas corpus, filed on September 11, 2020,

the motion, filed on September 24, 2020, the respective

supporting documents, and the record, it cannot be said that the

respondent judge committed a flagrant and manifest abuse of

discretion in revoking bail under the specific facts and

circumstances of this case, or that petitioner is entitled to the requested extraordinary relief from this court.  See, e.g., HRS §§ 804-3(b) and 804-7.3; Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus and motion are denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawai'i, October 1, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Christine E. Kuriyama